LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

JOHN WRIGHT,  )  No. EDCV 10-400 SS
              )
    Plaintiff, )  [PROPOSED] ORDER AWARDING
              )  EAJA FEES
    v.        )
              )
MICHAEL J. ASTRUE, )
Commissioner Of Social Security, )
              )
    Defendant. )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATE: 1/5/11

HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE